

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
KELLY M. ZIC
FRANK R. MALPIGLI▫

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

ANNE P. EDELMAN
GABRIELLA CAMPIGLIA
RICHARD B. EPSTEIN
FRANK C. LANZO
ABRAHAM WARMBRAND
DEBORA J. DILLON°
KEVIN DONNELLY°*
TUERÉ RODRIGUEZ
JACKLYN MACIAS°◊
JUSTIN GOLDBERG*
DIANE C. PETILLO
EDWARD DENBY

WRITER'S E-MAIL:

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

*ALSO ADMITTED IN NEW JERSEY
◊ALSO ADMITTED IN CALIFORNIA
▫ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

January 28, 2019

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Martinez Perez v. West Side Pizza LLC**
      **Docket No.: 18-cv-5834(JGK)**

Dear Judge Koeltl:

   We represent the Defendant, West Side Pizza LLC in the above wage and hour matter. We write jointly with Plaintiffs to respectfully request an extension of time to complete discovery, currently scheduled for January 31, 2019.

   The parties have begun exchanging documents and have agreed to respond to additional requests shortly. The parties will then be in position to conduct depositions soon thereafter. Accordingly, we ask that the deadline to complete discovery be extended for a period of sixty (60) days through April 1, 2019.

   We thank you for your consideration of our request.

                    Very truly yours,
                    **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                    Richard B. Epstein

cc: All Counsel (via ECF)