# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

---

January 29, 2020

**By ECF**

Hon. John G. Koeltl  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC# _____  
DATE FILED: 1-30-20

Re:   Perez et al. v. West Side Pizza LLC et al.  
       18-cv-5834 (JGK)

Your Honor:

This firm represents Plaintiffs in the above-referenced action. We write to respectfully request an adjournment of the conference scheduled for February 3, 2020. The original corporate Defendant West Side Pizza LLC has not appeared by counsel following the withdrawal of their prior counsel. (DKT #36) Newly added Defendants have not appeared or answered the amended complaint. Plaintiffs are in the process of seeking certificates of default as to Defendants and respectfully request leave to move for default against all Defendants.

We thank the Court for its attention to this matter.

*The February 3, 2020 conference is cancelled. Counsel shall file default papers, pursuant to this Court's rules, by February 17, 2020.*

*So Ordered.*

*/s/ John G. Koeltl*  
*1/29/20     USDJ*

Respectfully submitted,

By:   /s/ Michael Faillace  
Michael A. Faillace  
60 East 42nd Street, Suite 4510  
New York, New York 10165  
Telephone: (212) 317-1200  
Facsimile: (212) 317-1620  
*Attorneys for Plaintiff*

*Certified as a minority-owned business in the State of New York*