**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
JULIAN (A.K.A JULIO) MARTINEZ PEREZ and SERGIO SOLANO MENDOZA, *individually and on behalf of others similarly situated*,

              *Plaintiff*,

-against-

WEST SIDE PIZZA LLC (D/B/A WEST SIDE CAFE AND PIZZA), WEST SIDE 72, INC. (D/B/A WEST SIDE CAFE AND PIZZA), AKBAR HOSSAIN (A.K.A SOHUD AHMED), BALI DOE, and GEORGE DOE,

             Defendants.
---------------------------------------------------------------X

1:18-cv-05834

**(PROPOSED)**
**ORDER TO SHOW CAUSE**
**TO OBTAIN DEFAULT JUDGMENT**

## ORDER TO SHOW CAUSE

Upon the declaration of Michael Faillace, Esq. dated March 2, 2020 and attached exhibits, it is ORDERED:

That Defendants West Side Pizza LLC (D/B/A West Side Cafe and Pizza), West Side 72, Inc. (D/B/A West Side Cafe and Pizza), and Akbar Hossain (A.K.A Sohud Ahmed) shall appear to show cause before a motion term of this Court at Courtroom 240 of the United States Courthouse at 500 Pearl Street, in the City, County and State of New York, on _____, 2020, at _____o'clock in the_____thereof, or as soon thereafter as counsel may be heard, why a judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against these Defendants; and it is further

- 2 -

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants on or before ____ o'clock in the _____ on _____, 2020, by _____, shall be deemed good and sufficient service; and it is further

ORDERED that any opposition by Defendants be filed with this Court on or before ____ o'clock in the _____ on _____, 2020; and it is further

ORDERED that any reply papers by Plaintiff be filed with this Court on or before ____ o'clock in the _____ on _____, 2020; and it is further

ORDERED that the Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial; and it is further

ORDERED that the Plaintiff shall file proof of service of this Order to Show Cause by _____, 2020.

Dated: New York, New York

ISSUED: _____

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

To:

Akbar Hossain (A.K.A Sohud Ahmed)
c/o West Side Cafe and Pizza
218 W 72nd Street
New York, NY 10023

West Side 72, Inc.
c/o West Side Cafe and Pizza
218 W 72nd Street
New York, NY 10023

- 3 -

West Side Pizza LLC
c/o West Side Cafe and Pizza
218 W 72nd Street
New York, NY 10023