```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

**PEREZ, ET AL.,**

              Plaintiffs,          18-cv-5834 (JGK)

    - against -                <u>ORDER</u>

**WEST SIDE PIZZA LLC, ET AL.,**

              Defendants.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    This case is referred to Magistrate Judge Wang for a Report and Recommendation with respect to the request for a default judgment and an inquest on damages if default is granted.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **August 13, 2020**                   /s/ John G. Koeltl
                                               **John G. Koeltl**
                                   **United States District Judge**