```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
JULIAN MARTINEZ PEREZ,                                       :
                                                             :
                            Plaintiff,                       :    18-CV-5834 (JGK) (OTW)
                                                             :
            -against-                                        :    **ORDER**
                                                             :
WEST SIDE PIZZA LLC, et al.,                                 :
                                                             :
                            Defendants.                      :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court's Report & Recommendation at ECF 89 was entered in error. The Court regrets the error and respectfully directs the Clerk of Court to strike ECF 89.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: July 17, 2023 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |