```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

JULIAN MARTINEZ PEREZ, ET AL.,
                    Plaintiffs,

- against -                           18-cv-5834 (JGK)

WEST SIDE PIZZA LLC, ET AL.,          ORDER
                    Defendants.

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Wang dated July 19, 2023 (ECF No. 91), recommending that a default judgment be granted against defendants West Side Pizza LLC, West Side 72, Inc., and Akbar Hossain. No objections have been filed and the time for objections has passed. The Court adopts the well-reasoned Report and Recommendation. The plaintiffs are entitled to a default judgment against West Side Pizza LLC, West Side 72, Inc., and Akbar Hossain. Entry of a judgment will await the conclusion of the inquest before the Magistrate Judge. Pursuant to the Report and Recommendation, the answer and amended answer of West Side Pizza LLC (ECF Nos. 19 and 23) are stricken, and the claims against defendants Bali Doe and George Doe are **dismissed**.

SO ORDERED.

Dated:   New York, New York
         August 7, 2023

                                        /s/ John G. Koeltl
                                        _____
                                        John G. Koeltl
                                        United States District Judge