**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JULIAN MARTINEZ PEREZ, ET AL.,

                Plaintiffs,                18 **CIVIL** 5834 (JGK)

    -against-                                  **JUDGMENT**

WEST SIDE PIZZA LLC, ET AL.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated October 11, 2024, judgment is hereby entered (1) In favor of the plaintiffs and against the defendants West Side Pizza LLC (d/b/a West Side Cafe and Pizza), West Side 72, Inc. (d/b/a West Side Cafe and Pizza), and Akbar Hossain (a/k/a Sohud Ahmed), jointly and severally, as follows: (a) For damages to the plaintiff Julian Martinez Perez in the amount of $166,795.00; (b) For damages to the plaintiff Sergio Solano Mendoza in the amount of $53,480.00; (c) For attorney's fees for both plaintiffs in the amount of $5,670.00; (d) For costs for both plaintiffs in the amount of $534.00; and (e) For the plaintiff Julian Martinez Perez, pre-judgment interest pursuant to New York Civil Practice Law & Rules § 5004, in the amount of $19.19 per day, from April 6, 2016 through the date that judgment in the amount of $61,005.01; (f) For the plaintiff Sergio Solano Mendoza, pre-judgment interest pursuant to New York Civil Practice Law & Rules § 5004, in the amount of $5.83 per day, from December 26, 2017 through the date that judgment in the amount of $14,872.33; and (f) Post-judgment interest will accrue pursuant to 28 U.S.C. § 1961.

**Dated:** New York, New York

    December 19, 2024                                                             TAMMI M HELLWIG
                                                                                     CLERK OF COURT

                                                                                     By_____
                                                                                       Deputy Clerk